# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | No. 434 |
| | : | |
| REAPPOINTMENTS TO THE MINOR JUDICIARY EDUCATION BOARD | : | MAGISTERIAL RULES DOCKET |
| | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 3rd day of June, 2019, Magisterial District Judge Denise Snyder Thiel, Westmoreland County, and Magisterial District Judge Karen Eisner Zucker, Montgomery County, are hereby reappointed as members of the Minor Judiciary Education Board for a term of three years, commencing July 1, 2019.